UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KARMEN SELF-FORBES,

Plaintiff,

v.

ADVANCED CALL CENTER
TECHNOLOGIES,

Defendant.

Case No. 2:16-cv-01088-JCM-PAL

ORDER

Presently before the court is the matter of *Self-Forbes v. Advanced Call Center Technologies, LLC*, case number 2:16-cv-01088-JCM-PAL.

On May 16, 2016, plaintiff Karmen Self-Forbes initiated this action against defendant Advanced Call Center Technologies, LLC. (ECF No. 1). Plaintiff alleges that defendant knowingly and willfully placed 530 automated debt-collection calls on her cellphone without her consent in violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*. (ECF Nos. 1, 55).

On April 12, 2017, the court entered summary judgment against plaintiff, holding that plaintiff expressly consented to receiving calls from defendant. (ECF No. 31). On October 29, 2018, the Ninth Circuit reversed and remanded, holding that that "Self-Forbes presented sufficient evidence to establish a genuine dispute of fact as to whether she revoked her consent." (ECF No. 42). Since then, the parties have not participated in this litigation.

Because the court cannot proceed with this action until the parties file a proposed joint pretrial order, the court will set a new filing deadline fourteen (14) days from the date of this order.

Accordingly,

IT IS HEREBY ORDERED that the parties shall file a proposed joint pretrial order within fourteen (14) days from the date of this order.

DATED THIS 2nd day of April 2019.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE