# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KARMEN SELF-FORBES, | Case No. 2:16-CV-1088 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| ADVANCED CALL CENTER TECHNOLOGIES, LLC, | |
| Defendant(s). | |

Presently before the court is the matter of *Self-Forbes v. Advanced Call Center Technologies, LLC*, case number 2:16-cv-01088-JCM-BNW.

On April 19, 2019, the court issued a pretrial order setting trial for September 23, 2019. (ECF No. 50). On July 31, 2019, the litigants filed a notice of settlement and represented that they anticipate filing a stipulation for dismissal of plaintiff's claims within sixty days. (ECF No. 52). The parties have not yet filed the stipulation. The parties shall file a stipulation to dismiss on or before September 16, 2019.

Accordingly,

IT IS SO ORDERED.

DATED August 23, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**